**UNITED STATES of America,**
**Appellee,**

v.

**Orin Fredrick JOHNSON, Appellant.**

No. 05–2382.

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 7, 2006.

Decided: Aug. 14, 2006.

Joe W. Stecher, U.S. Attorney's Office, Omaha, NE, for Appellee.

Orin Fredrick Johnson, Federal Prison Camp, Yankton, SD, Donald B. Fiedler, Omaha, NE, for Appellant.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Orin Johnson appeals the 46–month prison sentence the district court[1] imposed after he pleaded guilty to one count of conspiring to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court erred in finding that Johnson's post-arrest rehabilitation was not sufficiently extraordinary to warrant a downward departure.

While atypical post-offense rehabilitation can by itself be the basis for a discretionary departure under U.S.S.G. § 5K2.0, *see United States v. Chapman*, 356 F.3d 843, 849 (8th Cir.2004), the denial of such a motion is unreviewable where the district court recognized its authority to depart downward and declined to do so, *see United States v. Vasquez*, 433 F.3d 666, 670 (8th Cir.2006).

Having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude there are no nonfrivolous issues. Accordingly, we affirm the district court's judgment, and we grant counsel leave to withdraw.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.